01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: Rebeca A. Morgan & Ian H. Morgan   )
)
)
)
)   Case No. 12-34354
Debtor (s)   )
)   Chapter 7

# DECLARATION REGARDING ELECTRONIC FILING
# FOR DOCUMENTS FILED AFTER PETITION

Re:   Statement of Intention & Post-Conversion Sch__
(Specify Document)

I (We), Rebeca Morgan and Ian Morgan the undersigned individual(s), hereby declare under penalty of perjury that I(we) have reviewed the Statement of Intention & Post being filed simultaneously with this Declaration and that the information therein is true and correct.

Rebeca Morgan
Printed or Typed Name of Debtor or Other Person

_[signature]_
Signature of Debtor or Other Person

12/8/2013
Date

Ian Morgan
Printed or Typed Name of Joint Debtor

_[signature]_
Signature of Joint Debtor

12/08/13
Date