IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Date of Conversion: 11/27/2013 |
| REBECA A. MORGAN & IAN H. | ) | |
| MORGAN, | ) | Case No. 12-34354 |
| Debtors. | ) | |
| | ) | Honorable Pamela S. Hollis |
| | ) | |

## DEBTORS' FINAL REPORT AND ACCOUNT
## AND SCHEDULE OF POSTPETITION DEBTS

Dated: December 10, 2013

REBECA A. MORGAN & IAN H.
MORGAN

By: /s/ Carolina Y. Sales
        One of Their Attorneys

Paul M. Bauch (ARDC #6196619)
Carolina Y. Sales (ARDC #6287277)
BAUCH & MICHAELS, LLC
53 W. Jackson Blvd., Suite 1115
Chicago, Illinois 60604
Office: (312) 588-5000
Fax: (312) 427-5709

**SCHEDULE I – PROPERTY PURSUANT TO FED. R. BANKR. P. 1019(5)(C)(i)**

| Asset Description (Scheduled and Unscheduled Property) | Petition/ Unscheduled Value | State and Location of Property (Including Information on Disposal, if Property is Currently Not Property of the Estate) |
|---|---|---|
| None / not applicable | | |

**SCHEDULE II – SCHEDULE OF UNPAID DEBTS PURSUANT TO FED. R. BANKR. P. 1019(5)(C)(ii)**

| Name | Address | Amount Due |
|---|---|---|
| Elmhurst Hospital | c/o Rick DeVeries 855 North Church St. Elmhurst, IL 60126 | $1,676.94 |
| | *Total* | **$1,676.94** |

**SCHEDULE III – SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO FED. R. BANKR. P. 1019(5)(C)(iii)**

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease Is for Nonresidential Real Property |
|---|---|
| None | |

Date: December 10, 2013                    /s/ Rebeca R. Morgan

                                           /s/ Ian H. Morgan